JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVEYON HAWTHORNE, | Case No. CV 25-9964 FMO (CTSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GENERAL MOTORS LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 25th day of June, 2026.

/s/
Fernando M. Olguin
United States District Judge